AUGUSTUS PORTER, PETER B. PORTER, BENJAMIN BARTON, SHELDON THOMPSON, JACOB TOWNSEND, ALEXANDER BRONSON AND NATHANIEL SILL, LATE PARTNERS UNDER THE FIRM OF SILL, THOMPSON & CO., *versus* ATLAS E. LACOCK

JOURNAL ENTRIES (1824): *Journal 3:* (1) Jury impaneled *p. 501; (2) security for costs given *p. 501; (3) witnesses sworn *p. 501; (4) nonsuit ordered *p. 502.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration and plea; (4) precipe for subpoena; (5) subpoena; (6) precipe for subpoena; (7) subpoena.

*1822–23 Calendar*, MS p. 102. Recorded in *Book B*, MS pp. 441–43.

ROBERT SMART *versus* GEORGE JACOB

JOURNAL ENTRIES (1824–28): *Journal 3:* (1) Rule to declare and to plead *p. 502. *Journal 4:* (2) Jury impaneled, witnesses sworn MS p. 52; (3) disagreement reported, jury discharged MS p. 53; (4) issue ordered sent to circuit court for trial MS p. 94; (5) order rescinded, continued MS p. 101; (6) jury trial MS p. 141; (7) verdict MS p. 142; (8) motion for substitution as attorney MS p. 177; (9) rule for judgment for costs MS p. 186.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) plea of not guilty; (5) affidavit for continuance; (6) panel of jurors; (7–8) subpoenas; (9) verdict; (10) motion for new trial; (11) writ of fi. fa. and return; (12) statement of accounts.

*1824–36 Calendar*, MS p. 29. Recorded in *Book C*, MS pp. 137–41.